## PROCEEDING MEMO

**Date:** March 22, 2017                                      10:00 AM

**In re:** Donald Gillece and                 Bankruptcy No. 12-24632 CMB
Michele Gillece

Chapter 13

Doc. 143

**Appearances:**

**Movant(s):**      Brent Lemon, Esq. for Debtors

**Respondent(s):**  Winnecour / ~~Pail~~ / Bedford / ~~Katz~~

**Nature of Proceeding:**  Continued Application to Employ Real Estate Broker for the Sale of Debtors' Residence Located at 220 Main Road, West Alexander, PA 15376 (143)

**Additional Pleadings:**  Notice of Hearing and Cert. Service (144 & 145)
Trustee's Response (148)

**Judge's Notes:**

**Outcome:**                    Application is approved.

_____ Motion is GRANTED    ✓ Order entered

_____ Motion is DENIED    _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED    _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED    _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:    _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Carlota M. Bohm
U.S. Bankruptcy Judge

**FILED**

MAR 22 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA