## PROCEEDING MEMO

Date: May 10, 2017                                                                    10:00 AM

In re: Donald Gillece and           Bankruptcy No. 12-24632 CMB
       Michele Gillece
                                    Chapter 13

                                    Doc. 146

**Appearances:** James Warngrove ; Brent Lemon

**Movant(s):** ~~Winnecours~~ Pail / ~~Bedford~~ Katz

**Respondent(s):** Brent Lemon, Esq. for Debtors

**Nature of Proceeding:** Continued Contested Plan dated 11/7/2016 (146)

**Additional Pleadings:** Amended Plan (135)
Objection of U.S. Prof IV Legal Title Trust 2015-1 (152)

**Judge's Notes:**

**Outcome:**

Debtors in arrears $40,000.00.
Debtor has no defense to dismissal.
Case dismissed without prejudice.

_____Motion is GRANTED _____Order entered

_____Motion is DENIED _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED _____Order entered

_____Reschedule for Proper Service

_____Case DISMISSED _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER: _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

_____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                           Respondent(s) brief due _____days
                           Trustee's brief due _____days

Carlota M. Bohm
U.S. Bankruptcy Judge

**FILED**

MAY 10 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA