Form 225

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Donald Gillece**
**Michele Gillece**
Debtor(s)

Bankruptcy Case No.: 12−24632−CMB

Chapter: 13
Docket No.: 157 − 149

## **ORDER**

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: May 10, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-24632-CMB
Donald Gillece                                                            Chapter 13
Michele Gillece
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dsaw              Page 1 of 3              Date Rcvd: May 10, 2017
                                Form ID: 225            Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
```
db/jdb       +Donald Gillece,   Michele Gillece,    220 Main Road,   West Alexander, PA 15376-2452
cr           +Fay Servicing, LLC,   Bankruptcy Department,    939 W. North Avenue Suite 680,
               Chicago, IL 60642-1231
cr            JPMORGAN CHASE BANK, N.A.,   Chase Records Ctr Attn Correspond Mail,
               Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA 71203
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,   Irving, TX  75063)
cr           +U.S. Bank National Assoc.,as trustee fpr PROF-2013,    c/o Fay Servicing, LLC,
               939 W. North Ave., Suite 680,    Chicago, IL 60642-1231
13469372     +Allegheny Power,   365 Washington Road,    Washington, PA 15301-2794
13469373     +Allied Interstate,   PO Box 361477,    Columbus, OH 43236-1477
13552794     +American InfoSource LP as agent for,    DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
13469382    ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 St. Paul Place,   Baltimore, MD 21202)
13469380     +Chase Mtg,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13469381     +Chesapeake Energy,   171 Hillpointe Drive,    Canonsburg, PA 15317-9554
13478212      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
14345671     +Fay Servicing, LLC,   Bankruptcy Department,    939 W. North Avenue Suite 680,
               Chicago, Illinois 60642-1231
13494578      Federal National Mortgage Association,    ("Fannie Mae"), creditor c/o Seterus, In,
               P.O. Box 4128,   Beaverton, Oregon 97076-4128
13469386     +Guardian Protection Services,   174 Thorn Hill Road,    Warrendale, PA 15086-7528
13556203     +JPMorgan Chase Bank, N.A.,   Chase Records Center,    ATTN: Correspondence Mail,
               Mail Code: LA4-5555,   700 Kansas Lane,    Monroe, LA 71203-4774
13469389      Lab Corporation of America,   P.O. Box 2240,    Burlington, NC 27216-2240
13511136     +Lisa Singer,   51 E. Bethpage Road,    Plainview, NY 11803-4224
13469391    #+Marriner Jones and Fitch,   30 East Beau Street,    Washington, PA 15301-4713
13469392     +Med Express,   1751 Earl Core Road,    Morgantown, WV 26505-5891
13469395      Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13469400     +Seterus Inc.,   PO Box 4121,   Beaverton, OR 97076-4121
13469404     +Tract/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13966376     +U.S. Bank National Assoc.,as trustee,    for PROF-2013-M4 REMIC Trust VI,
               c/o Fay Servicing, LLC,   939 W. North Ave., Suite 680,    Chicago, IL 60642-1231
13469406     +Washington Hospital,   155 Wilson Avenue,    Washington, PA 15301-3398
13469410     +Wheeling Hospital,   1 Medical Park,    Wheeling, WV 26003-6300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            EDI: RESURGENT.COM May 11 2017 01:08:00     LVNV Funding LLC,   c/o Resurgent Capital Services,
               P.O. Box 10587,   Greenville, SC  29603-0587
cr            EDI: AIS.COM May 11 2017 01:08:00      Midland Funding LLC by American InfoSource LP as a,
               Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
cr            EDI: AIS.COM May 11 2017 01:08:00      Midland Funding LLC by American InfoSource LP as a,
               PO Box 4457,   Houston, TX  77210-4457
cr            EDI: RECOVERYCORP.COM May 11 2017 01:08:00      Recovery Management Systems Corporation,
               25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
13482205      EDI: AIS.COM May 11 2017 01:08:00      American InfoSource LP as agent for,
               Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
13469374     +EDI: ACCE.COM May 11 2017 01:08:00      Asset Acceptance,   Po Box 2036,   Warren, MI 48090-2036
13469375     +EDI: BANKAMER2.COM May 11 2017 01:08:00      Bank Of America,   Po Box 17054,
               Wilmington, DE 19850-7054
13469376     +EDI: BANKAMER.COM May 11 2017 01:08:00      Bank Of America,   Attn: Bankruptcy NC4-105-03-14,
               Po Box 26012,   Greensboro, NC 27420-6012
13469378      EDI: CAPITALONE.COM May 11 2017 01:08:00      Capital One, N.a.,   Bankruptcy Dept,
               Po Box 5155,   Norcross, GA 30091
13469377     +E-mail/Text: cms-bk@cms-collect.com May 11 2017 01:13:51      Capital Management Services,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
13500118      EDI: CAPITALONE.COM May 11 2017 01:08:00      Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
13469379     +EDI: CHASE.COM May 11 2017 01:08:00      Chase - Cc,   P.o. Box 15298,
               Wilmington, DE 19850-5298
13506465      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2017 01:13:59
               Commonwealth of Pennsylvania Department of Revenue,   PO Box 280946,   Bankruptcy Division,
               Harrisburg, PA 17128-0946
13469383      EDI: DIRECTV.COM May 11 2017 01:08:00      Direct TV,   2230 East Imperial Highway,
               El Segundo, CA 90245
13469385      EDI: RMSC.COM May 11 2017 01:08:00      GE Mongram Bank / JC Penney Dc,   Attn: Bankruptcy,
               Po Box 103126,   Roswell, GA 30076
13493211      EDI: RECOVERYCORP.COM May 11 2017 01:08:00      Granite Recovery LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13469387     +EDI: HFC.COM May 11 2017 01:08:00      Hsbc/ms,   Po Box 3425,   Buffalo, NY 14240-3425
13469388      EDI: IRS.COM May 11 2017 01:08:00      Internal Revenue Service,   PO Box 21125,
               Philadelphia, PA 19114
```

```
District/off: 0315-2                   User: dsaw                         Page 2 of 3                          Date Rcvd: May 10, 2017
                                       Form ID: 225                       Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13736808         +EDI: RESURGENT.COM May 11 2017 01:08:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                  PO Box 10675,    Greenville, SC 29603-0675
13544553          EDI: RESURGENT.COM May 11 2017 01:08:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of CitiFinancial, Inc.,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
13469390         +EDI: RMSC.COM May 11 2017 01:08:00      Lowes / MBGA,   Attention: Bankruptcy Department,
                  Po Box 103104,    Roswell, GA 30076-9104
13469393         +EDI: MID8.COM May 11 2017 01:08:00      Midland Credit Management,   Po Box 939019,
                  San Diego, CA 92193-9019
13620602          EDI: AIS.COM May 11 2017 01:08:00      Midland Funding LLC,   by American InfoSource LP as agent,
                  Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
13537301          EDI: AIS.COM May 11 2017 01:08:00      Midland Funding LLC,   by American InfoSource LP as agent,
                  PO Box 4457,   Houston, TX  77210-4457
13469396         +E-mail/Text: bankruptcydepartment@tsico.com May 11 2017 01:14:59      NCO Financial Systems,
                  Attn: Bankruptcy,   Po Box 15270,   Wilmington, DE 19850-5270
13469394         +E-mail/Text: bankruptcydepartment@tsico.com May 11 2017 01:14:59      Nco Fin /02,
                  507 Prudential Rd,   Horsham, PA 19044-2308
13469397          EDI: NEXTEL.COM May 11 2017 01:08:00      Nextel,   6391 Sprint Parkway,
                  Overland Park, KS 66251-4300
13493652          EDI: Q3G.COM May 11 2017 01:08:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
13474887          EDI: RECOVERYCORP.COM May 11 2017 01:08:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13469402          EDI: AGFINANCE.COM May 11 2017 01:08:00      Springleaf Financial S,   198 W Chestnut St,
                  Washington, PA 15301
13521468          EDI: AGFINANCE.COM May 11 2017 01:08:00      Springleaf Financial Services,   P. O. Box 3251,
                  Evansville, IN 47731-3251
13477137          EDI: NEXTEL.COM May 11 2017 01:08:00      Sprint Nextel  Correspondence,   Attn Bankruptcy Dept,
                  PO Box 7949,   Overland Park KS 66207-0949
13469399         +EDI: SEARS.COM May 11 2017 01:08:00      Sears,   PO Box 3671,   Urbandale, IA 50323-0671
13469403         +E-mail/Text: PFS.Analyst@stclair.org May 11 2017 01:14:57     St. Clair Hospital,
                  1000 Bower Hill Road,   Pittsburgh, PA 15243-1899
13553877          EDI: VERIZONEAST.COM May 11 2017 01:08:00      VERIZON,   PO BOX 3037,
                  BLOOMINGTON, IL  61702-3037
13469405         +EDI: VERIZONEAST.COM May 11 2017 01:08:00      Verizon Pennsylvania I,   500 Technology Dr,
                  Weldon Spring, MO 63304-2225
13469408         +EDI: WFNNB.COM May 11 2017 01:08:00      WFNNB / Lane Bryant,   Po Box 182686,
                  Columbus, OH 43218-2686
13469407         +E-mail/Text: bankruptcy@firstenergycorp.com May 11 2017 01:14:34      West Penn Power,
                  1310 Fairmont Avenue,   Fairmont WV 26554-3526
13469409         +EDI: WFNNB.COM May 11 2017 01:08:00      Wfnnb/king Sizes,   4590 E Broad St,
                  Columbus, OH 43213-1301
                                                                                                TOTAL: 39

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association ("Fannie Mae
cr              JPMorgan Chase Bank, N.A. S/B/M TO CHASE HOME FINA
cr              U.S. PROF IV Legal Title Trust 2015-1, by U.S. Ban
cr              U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
13469384        First Horizon Home Loa
13693552*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                  Lewisville, TX 75067)
13966377*      +U.S. Bank National Assoc., as trustee,   for PROF-2013-M4 REMIC Trust VI,
                  c/o Fay Servicing, LLC,   939 W. North Ave., Suite 680,   Chicago, IL 60642-1231
13469398       ##PCB,   P.O. Box 29917,   Columbus, OH 43229-7517
13469401      ##+South Hills Cardiology,   1050 Bower Hill Road,   Pittsburgh, PA 15243-1870
                                                                                   TOTALS: 5, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2         User: dsaw              Page 3 of 3             Date Rcvd: May 10, 2017
                             Form ID: 225            Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              Brent J. Lemon    on behalf of Debtor Donald  Gillece blemon@fglaw.com, lemondropper75@hotmail.com
              Brent J. Lemon    on behalf of Joint Debtor Michele  Gillece blemon@fglaw.com,
               lemondropper75@hotmail.com
              James  Warmbrodt    on behalf of Creditor   U.S. PROF IV Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Trustee bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor   JPMorgan Chase Bank, N.A. S/B/M TO CHASE HOME FINANCE,
               LLC, S/B/M TO CHASE MANHATTAN MORTGAGE CORPORATION pawb@fedphe.com
              Kevin T. McQuail    on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```