**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DONALD GILLECE
MICHELE GILLECE
    Debtor(s)

Case No.: 12-24632

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/14/2012 and confirmed on 11/19/2012 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,456.97 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 93,456.97 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,900.00 | |
|   Trustee Fee | 3,397.35 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,297.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| JPMORGAN CHASE BANK NA | 11,007.02 | 11,007.02 | 0.00 | 11,007.02 |
|   Acct: XXXXXXXXX0/12 | | | | |
| US ROF IV LEGAL TITLE TRUST 2015-1 BY | 0.00 | 65,169.81 | 0.00 | 65,169.81 |
|   Acct: 2591 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXX9/12 | | | | |
| US ROF IV LEGAL TITLE TRUST 2015-1 BY | 18,838.45 | 9,113.79 | 0.00 | 9,113.79 |
|   Acct: 2591 | | | | |
| LVNV FUNDING LLC | 1,869.00 | 1,869.00 | 0.00 | 1,869.00 |
|   Acct: 4934 | | | | |
| HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX7954 | | | | |
| | | | | 87,159.62 |
| **Priority** | | | | |
| BRENT J LEMON ESQ | 2,900.00 | 2,900.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DONALD GILLECE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAW FIRM OF BRENT LEMON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 3,480.25 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1430 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,778.35 | 0.00 | 0.00 | 0.00 |
| Acct: 1430 | | | | |
| US ROF IV LEGAL TITLE TRUST 2015-1 BY | 135.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2591 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC BY AMERICAN INF | 4,963.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6127 | | | | |
| ALLEGHENY POWER/FKA W PENN PWR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4001 | | | | |
| ASSET ACCEPTANCE LLC ASSIGNEE CITIE | 2,421.19 | 0.00 | 0.00 | 0.00 |
| Acct: 5025 | | | | |
| FIA CARD SERVICES** SCCSR BANK OF A | 29,390.25 | 0.00 | 0.00 | 0.00 |
| Acct: 1463 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9769 | | | | |
| CAPITAL ONE BANK NA** | 10,554.07 | 0.00 | 0.00 | 0.00 |
| Acct: 2825 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6053 | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDLA | 1,001.42 | 0.00 | 0.00 | 0.00 |
| Acct: 7201 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 14,870.52 | 0.00 | 0.00 | 0.00 |
| Acct: 7893 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 357.48 | 0.00 | 0.00 | 0.00 |
| Acct: 3941 | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 3,044.28 | 0.00 | 0.00 | 0.00 |
| Acct: 1430 | | | | |
| LABCORP OF AMERICA HOLDINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0672 | | | | |
| MARRINER JONES AND FITCH | 638.50 | 0.00 | 0.00 | 0.00 |
| Acct: NONE | | | | |
| MED EXPRESS BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6422 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9016 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2797 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6862 | | | | |
| SPRINT TOGETHER WITH NEXTEL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8853 | | | | |
| PCB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2732 | | | | |
| SOUTH HILLS CARDIOLOGY ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5113 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| TRACT/CBSD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5025 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN INF | 598.46 | 0.00 | 0.00 | 0.00 |
| Acct: 1080 | | | | |

| 12-24632 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| WASHINGTON HOSPITAL<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER**<br>    Acct: 2484 | 3,659.53 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>    Acct: 6521 | 3,761.61 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>    Acct: 0254 | 599.62 | 0.00 | 0.00 | 0.00 |
| WHEELING HOSPITAL<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>    Acct: XXX1430 | 74.96 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>    Acct: XXXXX30AN | 183.57 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>    Acct: 4934 | 1,455.91 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                   87,159.62

TOTAL CLAIMED
PRIORITY            6,393.60
SECURED            31,714.47
UNSECURED         77.574.42

Date: 06/14/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com